FORM L157 Memo to File Re: Calendar Correction  (v.2.13)                                                          21–90480 – B – 13 G

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**1200 I Street, Suite 200**
**Modesto, CA 95354**

(209) 521–5160
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

**Case Number:** 21–90480 – B – 13 G                    **DCN:** PLG–3

**Case Title:** Ronald Ray Gobbell and Rosetta Belinda Gobbell

**TO WHOM IT MAY CONCERN:**

An application/motion/objection and Notice of Hearing were submitted for filing with incorrect hearing date/time/department/Docket Control Number. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of an Amended Notice of Hearing with the correct date/time/department/Docket Control Number filled in.

Contacted by phone: Rabin J. Pournazarian

The following calendar corrections have been made:

Dept:                                              Date: *03/07

Time: *1:00 p.m.                                   DCN #:

Other:

**Please file an Amended Notice of Hearing to Correct Hearing Date and Time.**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:                                             For the Court,
2/3/23                                             Wayne Blackwelder , Clerk